# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

EWING v. RELIANT CREDIT REPAIR, LLC                Case No.: 19cv1788-AJB(RBB)
                                                   Time Spent:

HON. RUBEN B. BROOKS                               Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Anton Ewing (pro se) | Amanda F. Benedict |

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic settlement disposition conference was held. Plaintiff and counsel for Defendant appeared. Defendant's principal, Adam Mherz, did not appear, notwithstanding the Court's order requiring him to do so. (See Mins., Jan. 13, 2021, ECF No. 23.)

Defendant's principal Adam Mherz is **ORDERED** to appear by telephone before the Honorable Ruben B. Brooks on **March 18, 2021, at 8:00 a.m.** to show cause why sanctions should not be issued for his failure to appear at the February 18, 2021 settlement disposition conference. Mr. Mherz must file a response to the order to show cause by March 1, 2021. Plaintiff may file an optional reply by March 8, 2021.

A continued telephonic settlement disposition conference is set for **March 18, 2021, at 8:00 a.m.** The continued settlement disposition conference will go forward **UNLESS THE ORIGINAL SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME. A SEPARATE PROPOSED ORDER GRANTING THE JOINT MOTION MUST BE E-MAILED TO THE ASSIGNED DISTRICT JUDGE.** If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or online.

**The parties and counsel shall appear for the order to show cause hearing and settlement disposition conference by dialing in to the Court's teleconference line (877-336-1829, access code 1944316).**

DATE: February 18, 2021        IT IS SO ORDERED:        _Ruben Brooks_
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge

cc: Judge Battaglia
    All Parties of Record