```
1  Anton Ewing (NOT AN ATTORNEY)
   3077 B Clairemont Drive #372
2  San Diego, CA 92117
3  (619) 719-9640
   anton@antonewing.com
4  Plaintiff In Pro Per
5
6  Amanda F. Benedict, SBN 200291
   LAW OFFICE OF AMANDA F. BENEDICT
7  7710 Hazard Center Dr., Ste E-104
   San Diego, CA 92108
8  Tel: (760) 822-1911
9  amanda@amandabenedict.com
   Attorney for Defendant,
10 RELIANT CREDIT REPAIR
11
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, an individual, | Case No: 19-cv-01788-AJB-RBB |
|---|---|
| Plaintiff, | **RULE 41 JOINT MOTION TO DIMISS** |
| v. | |
| RELIANT CREDIT REPAIR, a New Jersey limited liability company, | Honorable District Judge Anthony J. Battaglia |
| | Honorable Magistrate Judge Ruben B. Brooks |
| Defendant. | |

May it please the Court, Plaintiff Anton Ewing, an individual and Defendant Reliant Credit Repair, LLC as New Jersey limited liability company hereby jointly move the Court, pursuant to Federal Rules of Civil Procedure section 41, to dismiss the instant action with prejudice as to all parties and close the case file.

The parties hereby request the Court to retain jurisdiction to enforce the confidential settlement agreement for 180 days. Each side is to pay its own attorney fees and costs.

The parties thank this Court for its time, effort and consideration in this matter.

Respectfully submitted,

Dated: March 17, 2021

Anton Ewing,
Plaintiff

Dated:  March 17, 2021

/s/*Amanda F. Benedict*
Amanda F. Benedict, Esq.
Attorney for Defendant,
Reliant Credit Repair, LLC.

- 2 -

JOINT MOTION TO DISMISS
19-cv-01788-AJB-RBB

*Ewing v. Reliant Credit Repair*                            No. 19-cv-01788

## PROOF OF SERVICE

      I, Amanda F. Benedict, declare as follows:

      I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 7710 Hazard Center Dr., Ste. E104, San Diego, Ca 92108.

On March 17, 2021, I served the foregoing documents described as:

## JOINT MOTION TO DISMISS; PROPOSED ORDER

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117

( ) BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at San Diego, California.

(XX) BY EMAIL: By sending an electronic copy of the documents via email to Anton@AntonEwing.com.

Executed March 17, 2021                /s/Amanda F. Benedict
                                                       Amanda F. Benedict