# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTON EWING**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**RELIANT CREDIT REPAIR,** a New Jersey limited liability company<br><br>Defendant. | **Case No.** 19-cv-01788-AJB-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure Section 41, the matter is dismissed with prejudice as to all parties and the Court will close its case file.  The Court retains jurisdiction to enforce the confidential settlement agreement for 180 days.

Each side is to pay its own attorney fees and costs.

IT IS SO ORDERED.

Dated:  March 17, 2021

Hon. Anthony J. Battaglia
United States District Judge